# EXHIBIT A

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**
OCTOBER 2020
E-Filing Number: 2010046015
**001963**

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>JANET RAWLINGS | **DEFENDANT'S NAME**<br>NATIONAL PASSENGER RAILROAD CORPORATION DBA AMTRAK, ALIAS: AMTRAK |
| **PLAINTIFF'S ADDRESS**<br>6922 N. BROAD STREET APARTMENT G-3<br>PHILADELPHIA PA 19126 | **DEFENDANT'S ADDRESS**<br>2955 MARKET STREET 30TH STREET STATION<br>PHILADELPHIA PA 19104 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>RECEIVED AMTRAK CLAIMS DEPARTMENT<br>NOV 18 2020<br>Via hand delivery<br>PHILADELPHIA, PA |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☒ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☒ $50,000.00 or less<br>☐ More than $50,000.00 | ☒ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
20 - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
OCT 27 2020
G. IMPERATO

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES   NO

## TO THE PROTHONOTARY:
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: JANET RAWLINGS
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>LEONARD S. ABRAMS | ADDRESS<br>1500 WALNUT STREET<br>STE. 800<br>PHILADELPHIA PA 19102 |
|---|---|
| PHONE NUMBER<br>(215)972-0030 | FAX NUMBER<br>(215)972-6976 |
| SUPREME COURT IDENTIFICATION NO.<br>18557 | E-MAIL ADDRESS<br>leonardabrams@yahoo.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>LEONARD ABRAMS | DATE SUBMITTED<br>Tuesday, October 27, 2020, 11:34 am |

FINAL COPY (Approved by the Prothonotary Clerk)

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 08/17/2021
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEMANDEPESOR PRAECIPE FOR WRIT OF SUMMONS
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial denovo on appeal from a decision entered by a judge.

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
27 OCT 2020 11:34 am
G. IMPERATO

Janet Rawlings

6922 N. Broad Street, Apt. G-3

Philadelphia, PA 19126

Plaintiff(s) Name(s) & Address(es)

COURT OF COMMON PLEAS
Trial Division

October _____ TERM, 20<u>20</u>

NO. _____

VS

National Passenger Railroad Corporation

DBA Amtrak

2955 Market Street, 30th St. Station

Philadelphia, PA 19104

Defendant(s) Name(s) & Address(es)

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above captioned civil action.

Date: 10/27/2020

_____
Signature of Attorney or Plaintiff(s)

Leonard S. Abrams
Print Name

1500 Walnut Street, Suite 800
Address

Philadelphia, PA 19102

215-972-0030
Phone Number

Case ID: 201001963

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Janet Rawlings
*Plaintiff*

vs.

National Railroad Passenger Corp., DBA Amtrak
*Defendant*

COURT OF COMMON PLEAS

October Term, 20 20

No. _____

To[1]

National Railroad Passenger Corp.
2955 Market Street, 30th Street Station
Philadelphia, PA 19104

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Rawlings

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____
Date: _____

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 201001963

## Court of Common Pleas

October _____ Term, 20 20

No. _____

Janet Rawlings
*Plaintiff*

vs.

National Railroad Passenger Corp., DBA Am
*Defendant*

## SUMMONS



Case ID: 201001963